IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:20-cr-98-RAH |
| | ) | |
| JIMMY LEE ALLEN, IV | ) | |

### **ORDER**

On December 4, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 52) to which no objections have been filed. Upon independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. 52) is hereby ADOPTED. It is further

ORDERED that the Defendant's Motion to Suppress (Doc. 24) is hereby DENIED.

DONE, this 30th day of December, 2020.

                                                /s/ R. Austin Huffaker, Jr.
                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE